UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:  
DAVID W WESTER  
MAVIS N WESTER  

Case No:  
09-41203  

Debtor(s)

## ORDER AMENDING THE ORDER OF CONFIRMATION
### (TO PROPERLY REFLECT THE PERCENTAGE TO BE PAID TO UNSECURED CREDITORS)

Motion having been made by the Chapter 13 Trustee, William W. Lawrence, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Order of Confirmation in this Chapter 13 Bankruptcy is amended to increase the percentage paid to unsecured creditors from **17.00%** to **25.00%**.

Tendered By:  
William W. Lawrence, Trustee  
200 S. Seventh St., Suite 310  
Louisville, KY 40202  

Dated: 6/25/2014

_____  
Alan C. Stout  
United States Bankruptcy Judge  
Dated: July 17, 2014